783 F.2d 476
 Charles W. STALL, Jr., Appellant,
v.
John E. BOURNE, Jr., and Ross F. Walker, Appellees.
 No. 84-1394.
 United States Court of Appeals,
Fourth Circuit.
 Argued Feb. 3, 1986.
Decided Feb. 14, 1986.
 
 (Robert N. Rosen, Rosen, Oberman, & Rosen, Samuel H. Altman, Altman & Altman, P.A. on brief), for appellant.
 (James E. Gonzales, Gonzales & Gonzales on brief), for appellees.
 Before WINTER, Chief Judge, RUSSELL, WIDENER, HALL, PHILLIPS, MURNAGHAN, SPROUSE, ERVIN, CHAPMAN, and WILKINSON, Circuit Judges, sitting in banc.
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed by an equally divided court, and the opinion of the panel heretofore filed, 774 F.2d 657, is withdrawn.
 
 
 2
 AFFIRMED.